**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| LASALLE BANK NATIONAL ASSOCIATION AS TRUSTEE FOR CERTIFICATE HOLDERS OF EMC MORTGAGE LOAN TRUST 2004-A MORTGAGE LOAN PASS THROUGH CERTIFICATES, SERIES 2004-A | : No. 349 MAL 2018 <br> : <br> : <br> : Petition for Allowance of Appeal from <br> : the Order of the Superior Court <br> : |
| v. | : |
| RICHARD B. WHITMAN, JR., SANDRA M. WHITMAN | : <br> : |
| PETITION OF: SANDRA M. WHITMAN | : |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 28th day of November, 2018, the Petition for Allowance of Appeal is **DENIED**.